**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORNAN NWANSI, an individual, | No. C 06-5345 MEJ |
| Plaintiff, | **ORDER VACATING NOVEMBER 30, 2006 CASE MANAGEMENT CONFERENCE** |
| vs. | |
| DOWNEY SAVINGS & LOAN ASSOCIATION, INC., H.I.S. LOANS & REAL ESTATE COMPANY; DOES 1 through 100 inclusive, | |
| Defendants. | |

The Court is in receipt of the parties' joint case management statement and will issue an order based on that statement. Therefore, the case management conference set for November 29, 2006, at 10:00 A.M., in Courtroom B., 15 th floor, 450 Golden Gate Avenue, San Francisco, California, is hereby vacated.

**IT IS SO ORDERED.**

Dated: November 28, 2006

MARIA-ELENA JAMES
United States Magistrate Judge