1 | Debra Steel Sturmer (State Bar No. 105276)
Jachyn K. Davis (State Bar No. 236432)
2 | LERCH STURMER LLP
333 Bush St., Ste. 2020
3 | San Francisco, California 94104
Telephone:     (415) 217-6340
4 | Facsimile:     (415) 217-2782

5 | Attorneys for Defendants H.I.S. Loans & Real Estate, Inc.
d.b.a. H.I.S. Loans & Real Estate Company
6

7

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

10 | ORNAN NWANSI, an individual,                    )   Case No.: C 06 5345 MEJ
                                                 )
11 |            Plaintiff,                          )   **STIPULATION AND [PROPOSED]**
                                                 )   **ORDER TO EXTEND THE DISCOVERY**
12 |     v.                                         )   **DEADLINE AND MOVE THE TRIAL**
                                                 )   **DATE**
13 | DOWNEY SAVINGS & LOAN                           )
ASSOCIATION, INC., H.I.S. LOANS & REAL )
14 | ESTATE, INC., d.b.a. H.I.S. LOANS & REAL  )   Action filed:  August 30, 2006
ESTATE COMPANY; DOES 1 through 100,    )   Trial date:  October 22, 2007
15 | inclusive,                                     )
                                                 )
16 |            Defendants.                          )
                                                 )
17 |

18 |        The parties, by and through their counsel of record, stipulate to extend the close of discovery

19 | from April 19, 2007 to June 18, 2007 and to move the trial date from October 22, 2007 to a date in

20 | January 2008 that is convenient for the court.  Pursuant to Civl L.R. 6-2 counsel for defendant

21 | H.I.S. LOANS AND REAL ESTATE INC. has attached a declaration stating the reasons for

22 | extending the time.  The parties hereby stipulate to this request.

23 |        IT IS HEREBY STIPULATED that the close of discovery will be June 18, 2007 and that the

24 | new trial date will be a date in January 2008 chosen by the court for its convenience.

25

26

27

28

1

STIPULATION TO EXTEND THE DISCOVERY DEADLINE AND CHANGE THE TRIAL DATE

1   DATED:   March 20, 2007

2

3                           LERCH STURMER LLP

4

5                       By ___/s/_____
                           Debra S. Sturmer

6                           Jachyn K. Davis
                           Attorneys for Defendant H.I.S. Loans & Real

7                           Estate Inc.

8

9   Dated:     March 20, 2007

10

11

12                     By ___/s/_____
                           Peter W. Clerides, Esq.
                           Attorney for Plaintiff Ornan Nwansi

13

14

15   Dated:     March 20, 2007            DOWNEY SAVINGS AND LOAN ASSN.

16

17                     By ___/s/_____
                           Christine M. Humphries, Esq.

18                           Attorney for Downey Savings and Loan
                           Association

19

20

21       The parties, by and through their counsel of record, stipulate to extend the discovery

22   deadline until June 18, 2007 and to move the trial to January 2008 with a date convenient to the

23   court. PURSUANT TO STIPULATION, IT IS SO ORDERED.

24

25   DATED:  April 2, 2007           By _____

26                        MARIA-ELENA JAMES
                        United States Magistrate Judge

27

28

*GRANTED — Judge Maria-Elena James — UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

2

STIPULATION TO EXTEND THE DISCOVERY DEADLINE AND CHANGE THE TRIAL DATE

1    **DECLARATION OF JACHYN K. DAVIS IN SUPPORT OF STIPULATION**

2    I, JACHYN K. DAVIS, declare:

3    1.   I am associated with the firm of Lerch Sturmer LLP and we are presently the attorneys of

4         record for H.I.S Loans and Real Estate Inc. dba H.I.S. Loans and Real Estate Co., a

5         defendant in this action.

6    2.   I am filing the attached stipulation requesting an order to extend the time of the discovery

7         deadline and to request a new trial date.

8    3.   All parties have consented to extend the discovery deadline because the parties are

9         constantly working to resolve the action, and an early discovery deadline would force the

10        parties to conduct all possible discovery and may cost our clients unnecessary attorneys'

11        fees.

12   4.   All parties have consented to move the trial date because counsel of record for defendant

13        H.I.S Loans and Real Estate Inc. already has a trial date on October 22, 2007 in the

14        Northern District. That trial date was set before the Case Management Order was filed by

15        Judge James.

16   5.   There have been no previous time modifications in the case.

17   6.   The only affect on the schedule would be two extra months for parties to conduct discovery.

18        Additionally, assuming the case goes to trial, the trial would not start until the beginning of

19        next year.

20
     Dated: March 20, 2007

21                                                      Jachyn K. Davis, Esq.

22

23

24

25

26

27

28
                                                      1