IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORNAN NWANSI, | No. 06-5345 MEJ |
| Plaintiff, | **ORDER RESETTING TRIAL DATES** |
| vs. | |
| DOWNEY SAVINGS & LOAN ASSOCIATION, INC., H.I.S. LOANS & REAL ESTATE, INC., d.b.a. H.I.S. LOANS & REAL ESTATE COMPANY; DOES 1 through 100, inclusive, | |
| Defendants. / | |

The Court hereby resets the trial dates in this matter to January 14, 15, 16, 17, and 18, 2008. As per Judge James' standing order, trial days begin at 1:30 p.m., Courtroom B., 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED.**

Dated: May 4, 2007

MARIA-ELENA JAMES
United States Magistrate Judge