**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8

9

10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

ONAN NWANSI,                                          Case No. C-06-5345 MEJ

12                 Plaintiff,                          ORDER CONTINUING HEARING ON
                                                       DEFENDANT'S MOTION FOR
13        vs.                                          SUMMARY JUDGEMENT

14   DOWNEY SAVINGS AND LOAN
     ASSOCIATION, et al.,
15
                   Defendants.
16                                              /

17

18

19

20        The Court hereby continues the hearing on the Motion for Summary Judgement noticed by

21   Defendant Downey Savings and Loan Association for December 12, 2007 to December 20, 2007.

22        **IT IS SO ORDERED.**

23

24   Dated: December 12, 2007
                                                _____
25                                              MARIA-ELENA JAMES
                                                United States Magistrate Judge
26

27

28